■ SMJ Associates, LLC, Appellant, v Jennifer Sendax-Taubenfeld, Respondent. [2 NYS3d 897]—

Order, Supreme Court, New York County (Anil C. Singh, J.), entered March 7, 2014, which denied plaintiff's motion for a preliminary injunction or a stay of defendant tenant's proceeding before nonparty State of New York Division of Housing and Community Renewal (DHCR) for a determination of the status of the apartment at issue, unanimously affirmed, without costs.

Plaintiff's motion to enjoin nonparty DHCR from acting on defendant's petition for a determination of the rent-regulated status of the apartment in plaintiff's building where she has lived since December 1996 was properly denied, as plaintiff failed to establish the necessary elements (see CPLR 6301; Capers v Giuliani, 253 AD2d 630, 633-634 [1st Dept 1998], lv dismissed in part, denied in part 93 NY2d 868 [1999]).

We have considered plaintiff's additional arguments, and find that the motion court providently exercised its discretion and that res judicata does not apply. Concur—Mazzarelli, J.P., Sweeny, Renwick, Feinman and Kapnick, JJ.

■ In the Matter of Heather K. Stifanic, Petitioner, v La Tia W. Martin, Respondent. Sergio Villaverde, Nonparty Respondent. [2 NYS3d 898]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Sweeny, Renwick, Feinman and Kapnick, JJ.